UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:12-CV-751-H

JOYCE A. KEITH                                                                    PLAINTIFF

V.

CARYLON W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY                                     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Joyce A. Keith, has filed this action seeking judicial review of an administrative

decision of the Commissioner of Social Security, who denied her application for disability

insurance and supplemental security income benefits.  This Judge referred the matter to the

Magistrate Judge for a report and recommendation.

The issue before the Magistrate Judge was whether the Administrative Law Judge erred

(1) by determining that Ms. Keith's mental health problems did not meet or equal the

requirements of a listed impairment and (2) by determining that she retained the residual

functional capacity to perform sedentary work with significant restrictions, in spite of her

physical impairments.  The Magistrate Judge recommended that this Court affirm the decision of

the Commissioner of Social Security denying benefits.

The Court has reviewed the recommendation of the Magistrate Judge and the objections

filed to it.  The Court concludes that the ALJ and the Magistrate Judge had ample evidence to

support their conclusions.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court adopts the Findings of Fact, Conclusions of

Law and Recommendation of the Magistrate Judge and Plaintiff's claim is DISMISSED WITH

PREJUDICE.

This is a final and appealable order.

cc:    Counsel of Record
       Magistrate Judge James D. Moyer